```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00143
  THOMAS G. KAFKES
  LYNNE E KAFKES                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

       Debtor
  SSN XXX-XX-4790     SSN XXX-XX-1613


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/04/07 and confirmed on 05/18/07.

   2.  The case was dismissed after confirmation, 11/30/2007.

   3.  The Debtor paid a total of $   8970.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST         PRINCIPAL
                                                            PAID             PAID
------------------------------------------------------------------------
GMAC RESCAP LLC            CURRENT MORTG         .00            .00              .00
GMAC RESCAP LLC            MORTGAGE ARRE    45099.20            .00              .00
HARRIS BANK                SECURED              .00            .00              .00
DUPAGE COUNTY COLLECTOR    SECURED          9000.00            .00          8676.12
JOSEPH FREED & ASSOC       SECURED              .00            .00              .00
BECKET & LEE LLP           UNSECURED       18570.41            .00              .00
B REAL LLC                 UNSECURED        1223.89            .00              .00
RESURGENT CAPITAL SERVIC   UNSECURED       25412.33            .00              .00
CITIBANK NA                UNSECURED       NOT FILED           .00              .00
ECAST SETTLEMENT CORPORA   UNSECURED         815.79            .00              .00
NORDSTROM FSB              UNSECURED        2695.69            .00              .00
GMAC PAYMENT CENTER        SECURED VEHIC        .00            .00              .00
HARRIS BANK                MORTGAGE ARRE    3840.75            .00              .00
MIDLAND CREDIT MGMT        UNSECURED         108.24            .00              .00
FEDERATED MACYS            UNSECURED         265.63            .00              .00
ECAST SETTLEMENT CORPORA   UNSECURED         901.76            .00              .00
           Summary of disbursements:
------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED  57939.95       .00      49993.74         .00      107933.69
PRINCIPAL PAID       8676.12       .00           .00         .00        8676.12
INTEREST PAID             .00      .00           .00         .00             .00
TOTAL PAID           8676.12       .00           .00         .00        8676.12
The Debtor's attorney, COHEN & KROL               , was allowed $         .00
and was paid $      .00 .

The Trustee received $     293.88 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE